UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-mc-0098 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| STEVEN ZINNEL, | |
| Defendant and Judgment Debtor. | |
| TD AMERITRADE CLEARING, INC., | |
| Garnishee. | |

Defendant and alleged Judgment Debtor Steven Zinnel, who is proceeding in pro se, has filed a motion to transfer venue to the District of South Dakota, Western Division (Rapid City). ECF No. 170.  Section 3004(b)(2) of Title 28 provides that "[i]f the debtor so requests, within 20 days after receiving the [required] notice…the action or proceeding in which the writ, order, or judgment was issued shall be transferred to the district court for the district in which the debtor resides." 28 U.S.C. § 3004(b)(2).  Mr. Zinnel submitted a signed declaration stating that he is a resident of South Dakota.  ECF No. 180-1.

The court is satisfied that Mr. Zinnel is a resident of South Dakota, and that venue should

1

1  be transferred pursuant to 28 U.S.C. § 3004(b)(2).  Accordingly, IT IS HEREBY ORDERED that
2  this matter is transferred to the District of South Dakota, Western Division, Rapid City.
3  DATED: September 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE