## MEMORANDUM

Date: October 7, 2025
To: Counsel for the United States and Steven Zinnel, pro se
Re   United States v. Zinnel; 5:25-00030-CBK
From: Judge Charles B. Kornmann

    The District Judges for the District of South Dakota established a procedure whereby cases are assigned at random, the idea being to prevent judge shopping. I have received this case, including all documents which I have reviewed.

    Pursuant to D.S.D. LR 16.1, government collection actions are exempt from the pretrial proceedings which would otherwise require a Form 52 report and a scheduling order.

    Counsel for the government need to decide forthwith (within 15 days) whether they will continue to represent the government or turn the case over to South Dakota counsel.

    I will then set a trial date. The trial will be in Aberdeen. I intend to leave the District in early December and will not return until early May. My docket is very heavy after I return but I assure you that I do not "dillydally" with cases. I will allow counsel to comment now whether you want me to try this case before I leave or wait until 2026. You should also guess how many days it will take to try.

    If you have any questions, please let me know.

*[signature]*

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
102 Fourth Avenue SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Susan Margolies
    Clerk's file