UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 5:25MC00030-CBK |
| PLAINTIFF | NOTICE OF APPEARANCE |
| vs. | |
| STEVEN ZINNEL | |
| DEFENDANT | |

---

COMES NOW the United States of America, by and through its undersigned counsel, and files this Notice of Appearance of Assistant United States Attorney Anne C. Weyer, as **additional** counsel of record for the United States of America in the above-captioned matter.

Service upon said counsel should be made at the undersigned's address as follows:

> P.O. Box 2638
> Sioux Falls, South Dakota  57101
> 605-330-4400

DATED:     October 9, 2025

> ALISON J. RAMSDELL
> UNITED STATES ATTORNEY
>
> */s/Anne C. Weyer*
> Anne C. Weyer
> Assistant United States Attorney
> P.O. Box 2638
> Sioux Falls, South Dakota  57101
> 605-330-4400
> 605-330-4410 (fax)
> Anne.Weyer@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Appearance was served by first-class mail on this date, by mailing a copy to the judgment debtor, Steven Zinnel, at debtor's last known address of 41 W. HWY 14, Unit #2484, Spearfish, SD 57783.

DATED: October 9, 2025

*/s/Anne C. Weyer*