UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 5:25MC00030-CBK |
| PLAINTIFF | |
| vs. | GOVERNMENT'S RESPONSE TO MEMO |
| STEVEN ZINNEL | |
| DEFENDANT | |

---

Assistant United States Attorney Anne C. Weyer will serve as counsel of record for the United States of America in the above-captioned matter.

The United States intends to file a Motion for Final Order of Garnishment as soon as practically possible. In the alternative to a decision on the briefs, the Government requests that any hearing or trial occur prior to early December to occur in Aberdeen, South Dakota.

DATED:   October 9, 2025

                                        ALISON J. RAMSDELL
                                        UNITED STATES ATTORNEY

                                        */s/Anne C. Weyer*
                                        Anne C. Weyer
                                        Assistant United States Attorney
                                        P.O. Box 2638
                                        Sioux Falls, South Dakota  57101
                                        605-330-4400
                                        605-330-4410 (fax)
                                        Anne.Weyer@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Government's Response to Memo was served by first-class mail on this date, by mailing a copy to the judgment debtor, Steven Zinnel, at debtor's last known address of 41 W. HWY 14, Unit #2484, Spearfish, SD 57783.

DATED: October 9, 2025

/s/ Anne C. Weyer