UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN ZINNEL,<br><br>    Defendant and<br>    Judgment Debtor,<br><br>TD AMERITRADE CLEARING, INC.<br><br>    Garnishee. | 5:25-mc-00030-CBK<br><br>**ORDER SETTING TRIAL DATES** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN ZINNEL,<br><br>    Defendant and<br>    Judgment Debtor,<br><br>Michael Brumbaugh,<br><br>    Trustee of the Castana<br>    Trust, Garnishee. | 5:25-mc-00031-CBK |

These matters were transferred to the District of South Dakota from the Eastern District of California. It appears from the record that these matters are ready for trial.

Now, therefore,

IT IS ORDERED:

1. These matters shall come on for a joint court trial on November 4, 2025, at 1:00 p.m. in the Federal Courtroom of the U.S. Courthouse, 102 Fourth Avenue SE, Aberdeen, South Dakota.

2. All parties shall, on or before October 27, 2025, submit a trial brief setting forth the facts and claims of the parties. No brief shall exceed 25 pages.

3. Counsel and Mr. Zinnel shall submit directly to the Court, the Clerk of Courts, and to opposing counsel no later than 9:00 a.m. on October 31, 2025, a list of all witnesses and proposed exhibits with a copy of each exhibit showing the number of each exhibit as marked.

Dated this 14th day of October, 2025.

BY THE COURT:

CHARLES B. KORNMANN
U.S. DISTRICT JUDGE