UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF | 5:25MC00030-CBK |
| vs. | NOTICE OF TERMINATION OF ATTORNEY |
| STEVEN ZINNEL | |
| DEFENDANT | |

---

COMES NOW the United States of America, by and through its undersigned counsel, and files this Notice of Termination of Assistant United States Attorney Lynn Trinka Ernce, as counsel of record for the United States of America in the above-captioned matter.

DATED:    October 16, 2025

                                    RONALD A. PARSONS, JR.
                                    UNITED STATES ATTORNEY

                                    */s/Anne C. Weyer*
                                    Anne C. Weyer
                                    Assistant United States Attorney
                                    P.O. Box 2638
                                    Sioux Falls, South Dakota  57101
                                    605-330-4400
                                    605-330-4410 (fax)
                                    Anne.Weyer@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Termination Attorney was served by first-class mail on this date, by mailing a copy to the judgment debtor, Steven Zinnel, at debtor's last known address of 41 W. HWY 14, Unit #2484, Spearfish, SD 57783.

DATED: <u>October 16, 2025</u>

<i>/s/Anne C. Weyer</i>