DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

United States of America
V.
Steven Zinnel

**PLAINTIFF'S EXHIBIT LIST**

Case Number:    5:25-mc-30 and 5:25-mc-31

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| Charles B. Kornmann, United States District Judge | | Anne Weyer | Pro se |
| **TRIAL DATE (S)** | | **COURT REPORTER** | **COURTROOM DEPUTY** |
| November 4, 2005 | | Carla Dedula | DJP |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 11/4/2025 | Under advisement | Certified copy of Steven Zinnel Criminal Judgment (excerpts) |
| 2 | | | 11/4/2025 | Under advisement | Certified copy of Restitution Stipulation |
| 3 | | | 11/4/2025 | Under advisement | Certified copy of Answer of Garnishee |
| 4 | | | 11/4/2025 | Under advisement | Certified copy of Ameritrade Account Statement |
| 5 | | | 11/4/2025 | Under advisement | Certified copy of Settlement Conference Transcript (excerpts) |
| 6 | | | 11/4/2025 | Under advisement | Certified copy of Steven Zinnel Claimed Exemptions |
| 7 | | | 11/4/2025 | Under advisement | Redacted Zinnel Criminal Judgment Payment History |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of 2

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.