DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

United States of America
V.
Steven Zinnel

**DEFENDANT'S EXHIBIT LIST**

Case Number: 5:25-mc-30 and 5:25-mc-31

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Kornmann, United States District Judge | Anne Weyer | Steven Zinnel, Pro se |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| November 4, 2005 | Carla Dedula | DJP |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 101 | | 11/4/2025 | Under advisement | Email from Zinnel's criminal attorney to AUSA Khasigian sent on April 1, 2014, regarding the stipulation on restitution |
| | 102 | | 11/4/2025 | Under advisement | Stipulation and Order re: Restitution |
| | 103 | | 11/4/2025 | Under advisement | Order on Restitution |
| | 104 | | 11/4/2025 | Under advisement | Amended Judgment |
| | 105 | | 11/4/2025 | Under advisement | Department of Justice's Asset Forfeiture Policy Manual |
| | 106 | | 11/4/2025 | Under advisement | Email from AUSA Khasigian to Zinnel's criminal attorney Suzanne Luban sent on September 21, 2016, wherein Plaintiff United States of America admitted it had marshaled $3,149,604.14 in assets in Zinnel's Criminal Case, but "No funds had been applied to restitution or the fine." |
| | 107 | | 11/4/2025 | REFUSED | Bankruptcy payments to restitution recipients |
| | 108 | | 11/4/2025 | Under advisement | Defendant Steven Zinnel's Notice of Motion and Motion to Enforce Judgment and Motion for Accurate Account of Funds the United States had Marshalled |
| | 109 | | 11/4/2025 | Under advisement | Defendant Steven Zinnel's Memorandum of Points and Authorities in Support of Motion to Enforce Judgment and Motion for Accurate Account of Funds the United States had Marshalled |
| | 110 | | 11/4/2025 | WITHDRAWN | U.S. Courts Case Inquiry Report re Zinnel's restitution |
| | 111 | | 11/4/2025 | Under advisement | Application for Writ of Continuing Garnishment |
| | 112 | | 11/4/2025 | WITHDRAWN | Acknowledgement of Service and Answer of Garnishee TD Ameritrade Clearing, Inc. |
| | 113 | | 11/4/2025 | Under advisement | Steven Zinnel's Request for Hearing and Dispute of any funds still owed re restitution and fine |
| | 114 | | 11/4/2025 | Under advisement | Defendant Steven Zinnel Reply to United States of America's Response to Steven Zinnel's Claim of Exemptions and Request for Hearing |
| | 115 | | 11/4/2025 | Under advisement | Complete Transcript of June 3, 2022, Settlement Conference |

Page 1 of 3

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| PLF. NO. | Def. No. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 116 |  | 11/4/2025 | Under advisement | Relevant pages of Settlement Agreement between Steven Zinnel and Michael Brumbaugh, the Castana Trust, and Jennifer Zinnel |
|  | 117 |  | 11/4/2025 | Under advisement | Stipulating Balance of TD Ameritrade IRA Account Pursuant to Settlement Agreement |
|  | 118 |  | 11/4/2025 | Under advisement | Email from TD Ameritrade attorney to Steven Zinnel confirming the TD Ameritrade Account of Zinnel's deceased mother was closed |
|  | 119 |  | 11/4/2025 | Under advisement | Defendant Steven Zinnel's Notice of Motion and Motion for Judicial Determinations of Amount Due |
|  | 120 |  | 11/4/2025 | Under advisement | Government Opposition to Motion for Judicial Determination of Amount Due |
|  | 121 |  | 11/4/2025 | Under advisement | Defendant Steven Zinnel's Reply to Government Opposition to Motion for Judicial Determination of Amount Due |
|  | 122 |  | 11/4/2025 | Under advisement | Order dated 9/8/2022 by Judge Nunley |
|  | 123 |  | 11/4/2025 | Under advisement | Govt. Opp to Zinnel's Motion for Stay of Forfeiture Pending Appeal |
|  | 124 |  | 11/4/2025 | Under advisement | Declaration of Jason Lamb |
|  | 125 |  | 11/4/2025 | Under advisement | Drawing Luyung Property |
|  | 126 |  | 11/4/2025 | Under advisement | Photo of exterior of house |
|  | 127 |  | 11/4/2025 | Under advisement | Photo of interior of house |
|  | 128 |  | 11/4/2025 | Under advisement | Photo of interior of house |
|  | 129 |  | 11/4/2025 | Under advisement | Photo of interior of house |
|  | 130 |  | 11/4/2025 | Under advisement | Photo of pool |
|  | 131 |  | 11/4/2025 | Under advisement | Photo of interior of house |
|  | 132 |  | 11/4/2025 | Under advisement | Seller's Final Settlement statement May 3, 2002 |
|  | 133 |  | 11/4/2025 | Under advisement | Seller's Settlement Statement – Final |
|  | 134 |  | 11/4/2025 | Under advisement | Seller's Settlement Statement - Final |
|  | 135 |  | 11/4/2025 | Under advisement | Plea Agreement pp 1-2 |
|  | 136 |  | 11/4/2025 | Under advisement | Plea Agreement pp 1-A2 |
|  | 137 |  | 11/4/2025 | Under advisement | Annual Report of the AO Table D5 |
|  | 138 |  | 11/4/2025 | Under advisement | Submission by Steve Zinnel 11 pp |
|  | 139 |  | 11/4/2025 | Under advisement | Power Providers Company Scoreboard |
|  | 140 |  | 11/4/2025 | Under advisement | News article 8/5/96 |
|  | 141 |  | 11/4/2025 | Under advisement | News article Daily Pacific Builder |
|  | 142 |  | 11/4/2025 | Under advisement | Ltr from Owens-Brockway to Steve Zinnel 2/23/95 |
|  | 143 |  | 11/4/2025 | Under advisement | Photos |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DSD Rev. 09/17

| PLF. NO. | Def. No. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 144 | | 11/4/2025 | Under advisement | Offer of Employment 10/27/2022 |
| | 145 | | 11/4/2025 | Under advisement | Notice to employee as to change in relationship |
| | 146 | | 11/4/2025 | Under advisement | Copy of check |
| | 147 | | 11/4/2025 | Under advisement | Notice of Determination |
| | 148 | | 11/4/2025 | Under advisement | News article |
| | 149 | | 11/4/2025 | Under advisement | USA's office news article, Eastern District of California |
| | 150 | | 11/4/2025 | Under advisement | News article |
| | 151 | | 11/4/2025 | Under advisement | LA Times article 3/9/2023 |
| | 152 | | 11/4/2025 | Under advisement | Photo of card |
| | 153 | | 11/4/2025 | Under advisement | Medical Card |
| | 154 | | 11/4/2025 | Under advisement | Credit union statement |
| | 155 | | 11/4/2025 | Under advisement | Copy of Petition for Writ of Certiorari Ninth Circuit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 3 of 3

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.