UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN ZINNEL,<br><br>　　　　Defendant and<br>　　　　Judgment Debtor,<br><br>TD AMERITRADE CLEARING, INC.<br><br>　　　　Garnishee. | 5:25-mc-00030-CBK<br><br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN ZINNEL,<br><br>　　　　Defendant and<br>　　　　Judgment Debtor,<br><br>Michael Brumbaugh,<br><br>　　　　Trustee of the Castana<br>　　　　Trust, Garnishee. | 5:25-mc-00031-CBK<br><br><br>**ORDER** |

　　The government filed applications for writs of continuing garnishment pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, seeking to collect criminal fines and restitution arising out of a judgment against Steven Zinnel in the United States District Court for the Eastern District of California, 2:11-cr-00234-TLN. The applications for writs on continuing garnishment were granted. Defendant Zinnel appealed and filed motions to proceed on appeal *in forma pauperis* without the prepayment of the filing fees.

Federal Rule of Appellate Procedure 24(a)(1) provides that "a party to a district-court action" may file a motion to appeal *in forma pauperis*. Further, under 28 U.S.C. § 1915(a)(1), "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor." Assuming an applicant otherwise complies with the foregoing statutes, a judgment debtor in a civil garnishment proceeding is authorized to proceed on appeal *in forma pauperis*.

Defendant has made the requisite showing that he is unable to pay the appellate filing fees in the above appeals.

Now, therefore,

IT IS ORDERED that the motions, Docs. 208 and 210 in 5:25-mc-00030-CBK and Docs. 100 and 102 in 5:25-mc-00031-CBK, are granted.

Dated this 23rd day February, 2026.

BY THE COURT:

CHARLES B. KORNMANN
U.S. DISTRICT JUDGE